WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Ronald M. Arlas, Esq., SBN 59091
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200

WRIGHT, FINLAY & ZAK, LLP
Ronald M. Arlas, Esq. SBN 59091
907 Sir Francis Drake Blvd.
Kentfield, Ca. 94904
Tel: 415/230-4350; Fax: 415/455-0370
rarlas@wrightlegal.net

Attorneys for Defendants HOMEWARD RESIDENTIAL, INC., POWER DEFAULT SERVICES, INC., US BANK, N.A. AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES, TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 (erroneously sued as US BANK NATIONAL ASSOCIATION)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALAK VERMA et al,<br>        Plaintiffs<br>vs.<br>HOMEWARD RESIDENTIAL, INC., et al.<br>        Defendants | Case No. C13-0327 JSC<br><br>STIPULATION FOR REMAND OF CASE TO SAN MATEO SUPERIOR COURT |

Pursuant to this Court's Order to Show Cause Re: Remand, issued April 8, 2013, plaintiffs BALAK VERMA and MEERA VERMA ("plaintiffs"), by and through their counsel, Ravi K. Sakthivel, Esq. and defendants HOMEWARD RESIDENTIAL, INC., POWER DEFAULT SERVICES, INC., US BANK, N.A. AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES, TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES

2007-1, collectively "defendants", by and through their attorney, Ronald M. Arlas, Esq., hereby stipulate to this Court ordering this case to be remanded back to the San Mateo Superior Court.

Dated: April 18, 2013       /s/Ravi K. Sakthivel, Esq.
                            Ravi K. Sakthivel, Esq.; Attorney for
                            Plaintiffs BALAK & MEERA VERMA

Dated: April 18, 2013    By: /s/Ronald M. Arlas, Esq.
                            T. Robert Finlay, Esq.,
                            Ronald M. Arlas, Esq., Attorneys for
                            Defendants HOMEWARD RESIDENTIAL,
                            INC., POWER DEFAULT SERVICES, INC.,
                            US BANK, N.A.

Dated: 4/19/2013

**GRANTED**
/s/ Jacqueline S. Corley
Judge Jacqueline Scott Corley

## CERTIFICATE OF SERVICE

I, Catherine Lawler, declare as follows:

I am employed in the County of Marin, State of California. I am over the age pf eighteen (18) and not a party to the within action. My business address is 907 Sir Francis Drake Blvd., Kentfield, CA 94904.

On April 18, 2013, I served the within **STIPULATION FOR REMAND OF CASE TO SAN MATEO SUPPERIOR COURT** on all interested parties in this action as follows:

Luis Camacho
Camacho & Associates
1735 North First Street, Suite 245
San Jose, CA 95112
(408) 579-1970
Attorney for Balak Verma and Meera Verma, Plaintiff

[ ]  (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]  (BY CERTIFIED MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices, via Certified Mail, Return Receipt Requested.

[ ]  (BY PERSONAL SERVICE) I caused personal delivery by ATTORNEY SERVICE of said document(s) to the offices of the addressee(s) as set forth on the attached service list.

[ ]  (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]  (BY NORCO OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies thereof enclosed in a package designated by Norco Overnite with the delivery fees provided for.

[X]  (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A

copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[x] (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2013, at Kentfield, California.

*Catherine Lawler*
Catherine Lawler

2
**CERTIFICATE OF SERVICE**